**Electronically Filed
Supreme Court
SCWC-17-0000867
11-APR-2024
08:14 AM
Dkt. 21 ODAC**

SCWC-17-0000867

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

HENRY CHANG WO, JR.,
Respondent/Appellant-Appellee,

vs.

BOARD OF LAND AND NATURAL RESOURCES; DEPARTMENT OF LAND AND
NATURAL RESOURCES; DAWN N.S. CHANG, in her official capacity as
Chairperson of the Board of Land and Natural Resources;
Respondents/Appellees-Appellees,

and

HASEKO (EWA), INC.; CITY AND COUNTY OF HONOLULU, DEPARTMENT OF
PLANNING AND PERMITTING,
Petitioners/Appellees-Appellees

and

DEPARTMENT OF HAWAIIAN HOME LANDS,
Respondent/Appellee-Appellee,

and

UNIVERSITY OF HAWAIʻI,
Petitioner/Appellee-Appellee.

---------------------------------------------

KUAʻĀINA ULU ʻAUAMO,
Respondent/Party in Interest-Appellant.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-17-0000867; CASE NO. 1PC1410001373)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., McKenna, Eddins, and Devens, JJ., and
Circuit Judge Kawano, in place of Ginoza, J., recused, dissenting)

Petitioners/Appellees-Appellees University of Hawaiʻi, Haseko (Ewa) Inc., and City and County of Honolulu, Department of Planning and Permitting's Application for Writ of Certiorari filed on February 12, 2024, is rejected.

DATED: Honolulu, Hawaiʻi, April 11, 2024.

/s/ Mark E. Recktenwald

/s/ Sabrina S. McKenna

/s/ Todd W. Eddins

/s/ Vladimir P. Devens



DISSENT

I respectfully dissent to the majority's Order Rejecting Application for Writ of Certiorari, and would accept Petitioners University of Hawaiʻi, Haseko (Ewa) Inc., and City and County of Honolulu, Department of Planning and Permitting's application.

DATED: Honolulu, Hawaiʻi, April 11, 2024.

/s/ Kelsey T. Kawano